IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>TYLER WEBSTER,<br><br>                    Defendant. | 8:24CR54<br><br>**ORDER** |

**WEBEX CASE CONFERENCE INSTRUCTIONS**

**IT IS ORDERED:**

1. The telephone conference with counsel regarding the Status Conference (Filing No. 53) will be held on **November 5, 2025**, **at 11:00 a.m.,** before the undersigned magistrate judge.

2. Defense counsel, and counsel for the government shall attend, and shall use the following WebEx instructions:

    Dial 1-855-244-8681

    Enter the access code **2308 962 1121**, then hit the # key.

Dated this 29th day of September, 2025.

                                                                              BY THE COURT:

                                                                               s/ Michael D. Nelson
                                                                               United States Magistrate Judge